MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI (KZ-7966)
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2805
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA,             :

                Plaintiff,    :

      - against -                    :    CONSENT JUDGMENT

JOSE SAMUEL LEONARDO OSBORN,          :    08 CV 2053 (SCR)

                Defendant.    :

----------------------------------x

       This action having been commenced by the United States of America (the "United States" or the "plaintiff") by the filing of a complaint and the issuance of a summons on February 29, 2008, and the defendant waiving service of the summons and acknowledging receipt of the complaint,

       NOW, on the signed consent of the plaintiff and the defendant, it is hereby

       ORDERED, ADJUDGED AND DECREED that the plaintiff have judgment against the defendant Jose Samuel Leonardo Osborn in the sum of $123,023.30, plus the costs and disbursements in the sum of $360.00, amounting in all to the sum of $123,383.30, with interest from the date of judgment as provided by law and that the plaintiff have execution therefor.

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Dated:    New York, New York
          April 18
          ~~March~~    , 2008

Agreed and Consented to:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the Plaintiff

By: _____
    KATHLEEN A. ZEBROWSKI
    Assistant United States Attorney
    KZ-7966

Sworn to before me this
18th day of April 2008

_____
HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified in New York County
Commission Expires Feb. 5, 2010

_____
Jose Samuel Leonardo Osborn
Defendant, Pro Se

Sworn to before me this
___ day of
4/14/08

_____
TIMOTHY HIBBERT
NOTARY PUBLIC, STATE OF NEW YORK
No. 01HI6135493
QUALIFIED IN ORANGE COUNTY
MY COMMISSION EXPIRES OCT. 17, 2009

✓ SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

04-23-08